# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 OCT 11  P 2: 21
U.S. DISTRICT COURT
N.D. OF ALABAMA

220212
_____

Inmate Identification Number:

_____

Wendell Jones
_____
(Enter above the full name of the plaintiff
in this action)

NOTICE TO FILING PARTY

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Officer Clecker
Officer Chapman
Officer Sims
Lt. Johnson, Sgt. Barry Johnson
(Enter above full name(s) of the defendant(s)
in this action)

CV-16-P-1660-W

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes (  )          No ( ✓ )

   B.   If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff: _____

             _____

             Defendant(s): _____

             _____

2

2.  Court (if Federal Court, name the district; if State Court, name the county) _____

3.  Docket number _____

4.  Name of judge to whom case was assigned _____

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6.  Approximate date of filing lawsuit _____

7.  Approximate date of disposition _____

II. Place of present confinement  A.D.O.C, BiBB CoRRectioNAl

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)      No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No ( )

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: No officeR would AffoRd me A GRievance FoRm

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Windell Jones

Address 565 Bibb Lane, Brent Ala. 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Officer Clecker

Is employed as Correctional Officer

at Bibb County 565 Bibb Lane, Brent Ala. 35034

C. Additional Defendants Officer Chapman, Officer Sims, Lt. Johnson, Sgt. Baray Johnson

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On February 18, 2016 at approximately 12:50 AM I was in a segregation unit in B-Dormitory Cell #3 at Bibb County Prison, when the cell was put on fire by an individual who was in the cell with me, and when the above officers arrived to the cell, I was placed in handcuffs and taken out of the back door

4

of The segregation unit, And once we made it outside I was Roughly slammed on the ground while still in Handcuffs, And officer Clecker, officer Sims, officer Chapman Begin Kicking me

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due To unecessary use of Force, Punitive Damages And Mental Stress "And Im Continuing To Face problems of Health Issues, Im Asking of The Court To Take Immediate Action, And I Am Asking of The Amount of $100,000.00 One Hundred Thousand Dollars

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10-3-16

SIGNATURE  Windell Jones

ADDRESS  565 Bibb Lane
Brent, Ala. 35034

AIS#  220212

5

my side, my head, And Back for no reason at all" As this Incident took place Right Infront of The <u>video surveilliance camera</u>" out Back of segregation, And After I was Assaulted, <u>under unnecessary</u> use of force, my cell mate was Brought out And saw all of The officers <u>Beating on me</u>, And He Told Them I did not have nothing to do with putting A cell on fire.

The officers Then started <u>Beating my cell mate</u> while He Had Handcuffs on, who is <u>Inmate Joseph Poe</u> #223014, And At The Time This was going on Supervisor <u>L.t. Johnson</u> And Sgt. Barry Johnson Both were standing Right There when everything Took place But did nothing To prevent The officers of Acting In Bad faith.

There were <u>several witnesses</u> That was also There To observe The Incident, Inmate <u>Joseph Poe</u> #223014 <u>Eric Boyd</u> #216553, <u>Jimmy Freeman</u> #268619 And Also Inmate <u>Cedrick Burroughs</u> #288210

Therefore, I'm Asking of The Court To <u>Take Immediate Action</u> upon The defendants, And That The Video Survelliance Be <u>produced</u> from <u>February 18, 2016</u>, And That I Receive The opportunity To Summary Judgement.

<u>Wendell Jones</u> #220212

W[...] Jones #220212-B-1
S[...] oB Lane
Brent, Ala. 35034

Legal Mail

"This correspondence is forwarded from
[Ala]bama State Prison. The [contents] have
[not been] evaluated, and [the Depart]ment of Corrections [is not responsible for the sub]stance or content of the enclosed
[communicatio]n."



Clerk
United States District Court
1729 5th Ave. North
B'ham, Ala. 35034